**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA, )
                               )
               Plaintiff, )
                               )
       v.                       )    2:12-CR-237-APG-(CWH)
                               )
JULIAN GAYTAN, )
                               )
             Defendant. )
                               )

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on September 20, 2013, defendant JULIAN GAYTAN was found guilty by a Jury on Counts One through Four of a Four-Count Criminal Indictment charging him in Count One with Conspiracy to Travel in Interstate Commerce in Furtherance of Racketeering Activity in violation of Title 18, United States Code, Sections 371 and 1952(a)(2); in Counts Two and Four with Brandishing a Firearm in Furtherance of a Crime of Violence in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii); and in Count Three with Interstate Travel in Aid of Racketeering Activity in violation of Title 18, United States Code, Section 1952(a)(2)(B). Criminal Indictment, ECF No. 1; Jury Verdict, ECF No. 271.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1), and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Criminal Indictment and the offenses to which defendant JULIAN GAYTAN was found guilty.

. . .

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(A) and Title 28, United States Code, Section 2461:

1. a black Glock, Model 22, .40 caliber handgun, bearing serial number SMF592;

2. a black Springfield Armory, Model 1911, .45 caliber handgun, bearing serial number N437696; and

3. any and all ammunition (all of which constitutes "property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of JULIAN GAYTAN in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

. . .

. . .

1    Michael A. Humphreys
     Assistant United States Attorney
2    Lloyd D. George United States Courthouse
     333 Las Vegas Boulevard South, Suite 5000
3    Las Vegas, Nevada 89101.

4        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

5    need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

6    following publication of notice of seizure and intent to administratively forfeit the above-described

7    property.

8        DATED this 30th day of September,     2013.

9

10

11    _____
      UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26