FILED
DEC - 5 2013
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:12-CR-237-APG-(CWH) |
| PERLA RAMIREZ, | ) ) | |
| Defendant. | ) ) | |

### FINAL ORDER OF FORFEITURE

On September 25, 2013, the United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(A) and Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant PERLA RAMIREZ to the criminal offense, forfeiting specific property agreed to in the Plea Agreement and alleged in the Indictment and shown by the United States to have the requisite nexus to the offense to which defendant PERLA RAMIREZ pled guilty. Indictment, ECF No. 1; Change of Plea, ECF No. 190; Plea Agreement, ECF No. 191; Amended Preliminary Order of Forfeiture, ECF No. 274.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 28, 2013, through October 27, 2013, and notified all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 301.

. . .

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(A) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. a black Glock, Model 22, .40 caliber handgun, bearing serial number SMF592;
2. a black Springfield Armory, Model 1911, .45 caliber handgun, bearing serial number N437696; and
3. any and all ammunition (all of which constitutes "property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 5th day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE